

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00109-CR

---

CASEY OWENS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2018-414,051, Honorable William R. Eichman II, Presiding

---

May 25, 2022

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Pursuant to a plea bargain agreement, Appellant Casey Owens was convicted of murder[1] and sentenced to forty years' confinement. The trial court's certification of appellant's right of appeal reflects that this is a plea bargain case from which appellant has no right of appeal and that appellant has waived the right of appeal. The certification

---

[1] *See* TEX. PENAL CODE ANN. § 19.02(B)(1).

comports with the record before the Court. Notwithstanding the certification, appellant filed a notice of appeal, pro se, challenging his conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." By letter of April 21, 2022, we notified appellant of the consequences of the trial court's certification and directed him to file a response demonstrating grounds for continuing the appeal by May 2. To date, appellant has not filed a response or had any further communication with this Court.

Accordingly, we dismiss the appeal based on the trial court's certification. *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.